UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
ALEX CICCOTELLI,

        Plaintiff,

v.

STERLING BANCORP, JACK KOPNISKY,
RICHARD O'TOOLE, MONA ABOELNAGA
KANAAN, JOHN P. CAHILL, NAVY E.
DJONOVIC, FERNANDO FERRER, ROBERT
S. GIAMBRONE, JAMES J. LANDY,
MAUREEN B. MITCHELL, PATRICIA M.
NAZEMETZ, RALPH F. PALLESCHI, BURT
B. STEINBERG, WILLIAM E. WHISTON,
and, WEBSTER FINANCIAL
CORPORATION,

        Defendants.
--------------------------------------------------------------x



**ORDER**

21 CV 5604 (VB)

    On June 28, 2021, plaintiff commenced the instant action against defendants. (Doc. #1). To date, plaintiff has not requested an issuance of summons. In addition, there is no indication on the docket that defendants have been served, and defendants have not appeared in this case.

    Accordingly, pursuant to Fed. R. Civ. P. 4(m), this action will be dismissed without prejudice unless, on or before **October 8, 2021**, plaintiff either: (i) files to the ECF docket proof of service, indicating defendants were served on or before September 27, 2021; or (ii) shows good cause in writing for her failure to comply with Fed. R. Civ. P. 4(m).

Dated: October 1, 2021
       White Plains, NY

                      SO ORDERED:

                      Vincent L. Briccetti
                      United States District Judge